UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNMARIE FIVECOAT,

    Plaintiff,

v.                                                            Case No: 8:18-cv-1180-T-30AAS

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Amanda Arnold Sansone (Dkt. 13) and Plaintiff's Objections to the Magistrate's Report and Recommendation (Dkt. 14).

After careful consideration of the Report and Recommendation of the Magistrate Judge and Plaintiff's Objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 13) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner is AFFIRMED.

3. The Clerk is directed to enter judgment in favor of the Defendant.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of July, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record